IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___Cg___ D.C.

05 JUL 20 PM 4: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 05-20251-MaP

GEORGE ARDS,

    Defendant.

---

ORDER GRANTING MOTION TO WITHDRAW AND
REFERRING MATTER TO MAGISTRATE JUDGE FOR APPOINTMENT OF COUNSEL

---

Before the court is the July 15, 2005, motion to withdraw filed by appointed counsel for the defendant, Randolph W. Alden on behalf of himself and the Federal Public Defender. For good cause shown, the motion is granted and Mr. Alden and the Federal Public Defender are allowed to withdraw from representing the defendant in this matter. The matter is referred to the magistrate judge for appointment of counsel for the defendant pursuant to the Criminal Justice Act.

    It is so ORDERED this 20th day of July, 2005.

                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7-22-05__

30

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CR-20251 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT