IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 SEP 20 AM 7:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 05-20251-Ma |
| ) | |
| GEORGE ARDS, ) | |
| GINA BELL, ) | |
| W.C. WOOTEN, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY**

This cause came on for a report date on August 26, 2005. Counsel requested a continuance of the trial date in order to allow for additional preparation in the case and due to the unavailability of defense counsel for defendant Wooten.

The Court granted the request and continued the trial to the rotation docket beginning November 7, 2005 at 9:30 a.m., with a report date of Friday, October 28, 2005 at 2:00 p.m.

The period from August 26, 2005 through November 18, 2005 is excludable under 18 U.S.C. §§ 3161(h)(8)(B)(iv) and 3161(h)(8)(A)(iv) because the interests of justice in allowing additional time to prepare and continuity of defense counsel outweigh the need for a speedy trial.

**IT IS SO ORDERED** this 16th day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-21-05

## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:05-CR-20251 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Autumn B. Chastain
LAW OFFICE OF AUTUMN CHASTAIN
707 Adams Ave.
Memphis, TN 38105

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Ross Sampson
GARRETT & ASSOCIATES
605 Poplar Ave.
Memphis, TN 38105

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Honorable Samuel Mays
US DISTRICT COURT